**Opinion filed September 16, 2010**



# In The

# Eleventh Court of Appeals

_____

## Nos. 11-09-00269-CR, 11-09-00270-CR, & 11-09-00271-CR

_____

## RALPH ESCOBEDO TORRES, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 259th District Court**
**Jones County, Texas**
**Trial Court Cause Nos. 010267, 010268, & 010269**

### M E M O R A N D U M   O P I N I O N

In each case, counsel for Ralph Escobedo Torres has filed in this court a motion to abate the appeal. In each motion, counsel states that appellant died on August 21, 2010. The motions are granted, and the appeals are permanently abated pursuant to TEX. R. APP. P. 7.1(a)(2).

PER CURIAM

September 16, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.